**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

DENA M. JOHNSON,

              Plaintiff,

v.                                                                    CASE NO. 2:11-CV-552-FtM-99SPC

MICHAEL J. ASTRUE
Commissioner of Social Security,

              Defendant.

_____/

## <u>ORDER</u>

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Sheri P. Chappell, filed on July 18, 2012 (Doc. 20). In the Report and Recommendation, Magistrate Judge Chappell recommends that the Court remand this case pursuant to sentence four of 42. U.S.C. §405(g) for further proceedings. Neither party has filed an objection to the Report and Recommendation and the time to do so has expired.

On June 14, 2012, the Commissioner of Social Security ("Defendant") filed an Unopposed Motion to Remand ("Motion to Remand") (Doc. 19). In the Motion to Remand, the Commissioner states that it wishes to take further administrative action in this case. Specifically, the Commissioner states, and Judge Chappell agrees, that a hearing before an Administrative Law Judge is appropriate for further consideration of the opinion evidence of record, further evaluation of Plaintiff's residual functional capacity, and for acquisition of evidence from a vocational expert regarding the effects of the Plaintiff's limitation on the occupational base. *Id.* Plaintiff does not oppose Defendant's

Motion to Remand.  As such, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and  approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1.      The Report and Recommendation of the Magistrate Judge (Doc. 20) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.      Defendant Commissioner of Social Security's Unopposed Motion to Remand (Doc. 19) is **GRANTED**.  The decision of the Commissioner is hereby reversed and this case is remanded to the Commissioner of Social Security for further administrative action, as set forth in this Order.

3.      The Clerk is directed to enter judgment accordingly and **close** this file.

**DONE AND ORDERED** at Fort Myers, Florida on August 13, 2012.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

COPIES TO:
COUNSEL OF RECORD